No. 86-1929.   McGINNIS *v.* E. F. HUTTON & CO., INC.   C. A. 6th Cir.   Certiorari denied.

No. 86-1930.   GRYNBERG *v.* SKALET, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 86-1931.   GRISWOLD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 86-1932.   GATES, CHIEF OF POLICE, LOS ANGELES POLICE DEPARTMENT, ET AL. *v.* LANGFORD ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 86-1933.   HELLER *v.* CONSOLIDATED RAIL CORPORATION ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86-1934.   TEDDER *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 86-1937.   SANGER-HARRIS, A DIVISION OF FEDERATED DEPARTMENT STORES, INC. *v.* RICHARDS, TREASURER OF THE STATE OF TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 86-1938.   BEASLEY *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 86-1939.   HAYES *v.* DIXON ET AL.   Ct. App. N. C.   Certiorari denied.

No. 86-1941.   CARDINAL INDUSTRIES, INC. *v.* KING ET AL. C. A. 11th Cir.   Certiorari denied.

No. 86-1942.   JORDAN ET AL. *v.* NORTH MISSISSIPPI RURAL LEGAL SERVICES, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86-1945.   VARIAN ASSOCIATES, INC. *v.* UTLEY.   C. A. 9th Cir.   Certiorari denied.